IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTER DIVISION

| | | |
|---|---|---|
| United States of America,<br>Plaintiff, | )<br>)<br>) | |
| V. | ) | NO. 4:09-CV-00493 GTE |
| Lynton C. Egbosimba | )<br>)<br>)<br>) | |

## ORDER

Before the Court is the United States' Motion to set aside the Clerk's Default in this case. For good cause shown, the Motion is granted. The Clerk's Default entered August 25, 2009, is set aside.

**IT IS SO ORDERED** this 20th day of November 2009.

/s/ Garnett Thomas Eisele
Honorable G. Thomas Eisele
United States District Judge