IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 4:09-CV-493 GTE |
| | ) | |
| | ) | |
| | ) | |
| LYNTON C. EGBOSIMBA | ) | |
| Defendant, | ) | |

ORDER OF DISMISSAL

Upon motion of plaintiff to dismiss the complaint in the above-styled cause of action and for good cause shown, it is hereby

ORDERED AND ADJUDGED, that said Complaint be, and it is hereby, dismissed with prejudice.

Dated: <u>January 28, 2010</u>

<u>/s/ Garnett Thomas Eisele</u>
Honorable G. Thomas Eisle
United States District Judge